UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIA MARTINA RODRIGUEZ | * | CIVIL ACTION NO. 18-6674 |
| | * | |
| | * | SECTION: "A"(1) |
| VERSUS | * | |
| | * | JUDGE JAY C. ZAINEY |
| | * | |
| COMMISSIONER OF THE SOCIAL | * | MAGISTRATE JUDGE |
| SECURITY ADMINISTRATION | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

Before the Court is the Motion for Attorney Fees filed by plaintiff Maria Martina Rodriguez (Rec. Doc. 23), which was automatically referred to the Magistrate Judge. The Court, after considering the memoranda in support and opposition, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Motion for Attorney Fees is GRANTED; defendant shall pay Ms. Rodriguez $5,950 in reasonable attorney's fees and $500 in costs by check(s) payable to Ms. Rodriguez and mailed to her attorney David F. Chermol, Esquire, Chermol and Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116, with such award subject to offset for any outstanding debt Ms. Rodriguez owes the United States, and with the Department of Justice to request the $500 in costs to be paid by the Judgment Fund.

August 20, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE